```
 1  ERIC A. WOOSLEY (State Bar No. 211962)
    LAW OFFICE OF ERIC A. WOOSLEY                JS 6
 2  e-mail: office@zwlegal.com
    1602 State Street
 3  Santa Barbara, CA  93101
    (805) 897-1830
 4  Facsimile (805) 897-1834

 5  Attorneys for Plaintiffs
    DAVID ELBAUM CUSTODIAN FOR
 6  GREGORY T. ELBAUM UCAUTMA
    UNTIL AGE 25, DAVID ELBAUM
 7  TRUSTEE OF THE KEVIN BRADLEY
    ELBAUM U/A DATED 11/22/2006,
 8  AND DAVID J. ELBAUM MONEY PURCHASE
    PENSION TRUST
 9
    LAWRENCE A. COX (S.B. #076140)
10  Lawrence/Cox@aporter.com
    ARNOLD & PORTER LLP
11  777 South Figueroa Street, 44th Floor
    Los Angeles, California 90017-5844
12  Telephone: (213) 243-4000
    Facsimile: (213) 243-4199
13
    Attorneys for Defendant
14  AMERICAN CAPITAL, LTD.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID ELBAUM CUSTODIAN FOR GREGORY T. ELBAUM UCAUTMA UNTIL AGE 25; DAVID ELBAUM TRUSTEE OF THE KEVIN B. ELBRAUM U/A DATED 11/22/2006;) DAVID J. ELBAUM MONEY PURCHASE PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN CAPITAL, LTD. DOING BUSINESS IN CALIFORNIA AS AMERICAN CAPITAL STRATEGIES, LTD., and DOES 1 through 100, inclusive <br><br> Defendants. | Case No. CV09-04476 DSF (FMOx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> **Fed.R.Civ.Proc. 41(a)(1)(ii)** |

1

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

**BASED ON THE STIPULATION OF THE PARTIES IT IS HEREBY ORDERED THAT:**

1. This action be dismissed with prejudice and in its entirety, pursuant to the terms of the Confidential Settlement Agreement and Mutual General Releases, effective July 1, 2010;

2. Each party to bear its own costs and fees.

Dated: 7/22/10

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE